IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | ) No. 24-4308(L) |
| | ) |
| CRISTIAN AREVALO ARIAS, | ) |
| | ) |
| Defendant-Appellant. | ) |

**Government's Response to Joint Motion to Deconsolidate**

A jury found Cristian Arevalo Arias, Marvin Menjivar Gutierrez, and Carlos Turcios Villatoro guilty of murder and other crimes stemming from their participation in the racketeering activities of La Mara Salvatrucha, better known as MS-13. The district court sentenced all three defendants to life imprisonment, and the defendants appealed. Arias and Menjivar now move the Court to deconsolidate their appeal from Villatoro's appeal. *See* Doc. No. 22. The Court requested responses from Villatoro and the government. Doc. No. 23. The government respectfully takes no position on the joint motion.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____

Jacqueline R. Bechara
Vetan Kapoor
John C. Blanchard
Assistant United States Attorneys
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

## Certificate of Compliance

I certify that this motion response was written using 14-point Times New Roman typeface and Microsoft Word 2016. I further certify that this brief does not exceed 5,200 words, as required by Federal Rule of Appellate Procedure 27(d)(2)(A), and is specifically 233 words. I understand that a material misrepresentation can result in the Court's striking the response and imposing sanctions.

By: _____/s/_____

Vetan Kapoor
Assistant United States Attorney